

FILED
Oct 21 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ A Cortez     DEPUTY

ORDERED UNSEALED on 11/05/2025   s/ scotttweed

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>VICTOR LEE MARION JR., ET AL.,<br>   aka "Vic," aka "Peyami,"<br><br>               Defendants. | Case No.   '25 CR4061 TWR<br><br>**NOTICE OF RELATED CASE**<br><br>SEALED |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jerrick Abueg, et al.</u>, Case No. 25CR1112-TWR, pursuant to CrimLR 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

    \_\_\_\_\_ (1) All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

    \_\_X\_\_ (2) Prosecution against different defendants arises from:

        \_\_\_\_\_ (a) A common wiretap

        \_\_\_\_\_ (b) A common search warrant

        \_\_X\_\_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: October 21, 2025.

                                                ADAM GORDON
                                                United States Attorney