**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MATTHEW BRANDON OH-SLACK (9),<br>     aka "Matt Oh,"<br><br><br>              Defendant. | Case No.: 25CR4061-TWR-9<br>_____<br><br>I N F O R M A T I O N<br>**SUPERSEDING**<br><br>Title 18 U.S.C., Sec.<br>1956(a)(1)(B)(I), Concealment Money<br>Laundering, and Title 18, U.S.C.,<br>Secs. 981(a)(1)(C), 982(a)(2)(a),<br>and Title 28, U.S.C., Sec. 2461(c)<br>– Criminal Forfeiture |

The United States Attorney Charges:

At all times relevant to this Information:

### INTRODUCTION

1.   A **technical support scam**, or tech support scam, is a sophisticated fraud scheme where criminals claim to offer a legitimate technical support service. The criminals contact victims in a variety of ways, including through fake computer pop-ups resembling error messages or via fake "help lines" advertised on websites owned by the criminals. These criminals use social engineering and a variety of confidence tricks to persuade their victim that there are problems on their computer or mobile device, when there are no actual issues with the victim's device. They will often persuade the victim to pay to fix the fictitious "problems" that they claim to have found. Tech support

scams are often combined with other types of scams, such as a refund scam or a bank impersonation scam to extract additional funds from the victim.

2.    A **refund scam** is a sophisticated fraud scheme where criminals will use social engineering techniques first to gain the victim's trust, then to convince the victim that they have accidentally received an over-refund, a portion of which the victim is instructed to return. This often occurs through social engineering where the victim is told they are entitled to a small refund, for example, from a retailer for an alleged unauthorized charged. While pretending to process the refund, the victim is accidentally "over-refunded" money. The criminals will then instruct the victim to send the alleged over-refunded money through wire transfers, express mail delivery, or other cash equivalents to the criminals. In reality, the victim has not received any money, and the victim ends up sending their own money to the criminals.

3.    A **bank impersonation scam** is a fraud scheme where criminals pretend to be a bank employee for the purpose of directing the victim to transfer funds from out of the victim's bank account to the criminals. In some bank impersonation cases, the criminals inform the victim that his/her bank accounts have been compromised or identities have been stolen and direct the victim to transfer the victim's money elsewhere for safe keeping. The criminals then direct the victim to send funds to accounts controlled by the criminals or to purchase precious metals and to deliver that money to the criminals.

//
//
//
//

2

**COUNT 1**

**(Concealment Money Laundering)**

**[18 U.S.C. § 1956(a)(1)(B)(I)]**

4.    Paragraphs 1 to 3 are re-alleged and incorporated herein.

5.    On or about August 3, 2024, within the Southern District of California and elsewhere, defendant ATTHEW BRANDON OH-SLACK (9), knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, namely mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, did knowingly conduct and cause to be conducted a financial transaction designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such unlawful activity as set forth below:

| Sending Bank | Receiving Bank | Approx. Amount (USD) |
|---|---|---|
| Wells Fargo Account Ending in x0495 (Matthew Brandon Oh-Slack dba Piercing & Co Holdings) | PNC Account Ending in x2352 (Matthew Brandon Oh-Slack dba Piercing & Co Holdings) | $65,000 |

all in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i).

**CRIMINAL FORFEITURE**

14.    The allegations contained in the Superseding Information are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

15.    Upon conviction of the offense set forth in the Superseding Information, and pursuant to Title 18, United States Code, Section

3

981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America all property, real and personal, which constitutes or is derived from proceeds traceable to such property, including specifically a 2022 BMW Model M8 with Vehicle Identification Number: WBSGV0C08NCJ56703.

16.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c)to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

DATED:   1/30/2026

ADAM GORDON
United States Attorney

ASHLEY E. GOFF
SHIVANJALI SEWAK
Assistant U.S. Attorney

4